

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2015

No. 04-15-00345-CR

Enrique **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-05-00028-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Before the Court is Appellant's motion to supplement Reporter's Record and to Extend Appellate Timelines.  The motion is granted in part.  The Supplemental Reporter's Record shall be filed on or before July 31, 2015.  The Appellant's brief shall be filed on or before August 31, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court